# KOPELEVICH & FELDSHEROVA, P.C.

Mikhail Kopelevich, Esq.*   Galina Feldsherova, Esq.

* Also admitted in New Jersey

August 19, 2021

**VIA E-FILING**
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Case No.: 1:21-cv-01865(FB)(RLM) *Kopelevich v. LiveFree Emergency Response, Inc., et al.*

## STATUS REPORT LETTER

Dear Magistrate Judge Mann:

We represent the plaintiff in the above-referenced matter. At this time we would like to advise the Court that the parties in the above-captioned matter reached a tentative settlement agreement. Plaintiff previously requested and obtained a Certificate of Default (EFC. 9) and the Court issued an order directing the plaintiff to file a default judgment motion by August 20, 2021. However, since the parties have reached a resolution, the undersigned respectfully requests that the Court allows the parties additional thirty (30) days to finalize the settlement agreement and file appropriate papers with the Court reflecting the settlement.

We appreciate the Court's attention to this matter. Should Your Honor have any further questions, we remain at the Court's disposal.

Respectfully submitted,

_____
Galina Feldsherova (GF7882)

241 37th Street, Suite B439, Brooklyn, NY 11232   Tel: (718) 332-0577   Fax: (718) 332-1644
www. kflawny.com