# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Mikhail Kopelevich,

                 *Plaintiff,*

v.

LiveFree Emergency Response, Inc d/b/a/
LifeBeacon, Joshua K. Chandler, John/Jane Does 1-5,

                 *Defendant.*
------------------------------------------------------------------X

Case No. 1:21-cv-01865(FB)(RLM)

**RULE 41 NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff Mikhail Kopelevich hereby dismisses with prejudice all claims he brought and all claims he might have brought against all defendants in the above-captioned matter.

Dated:  Brooklyn, New York

       September 14, 2021

Respectfully submitted,

_(signature)_

Galina Feldsherova (GF-7882)
KOPELEVICH & FELDSHEROVA, P.C.
Attorneys for Plaintiff
241 37th St., Ste B439
Brooklyn, NY 11232
718-332-0577
gfeldsherova@kflawny.com

Kopelevich v LiveFree & QSynergy

## **CERTIFICATE OF SERVICE**

I hereby certify that on  September 14  , 2021 a copy of the foregoing **Notice of Dismissal** of claims with prejudice against all defendants was filed and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service:

Galina Feldsherova (GF-7882)
KOPELEVICH & FELDSHEROVA, P.C.
Attorneys for Plaintiff
241 37th St., Ste B439
Brooklyn, NY 11232
718-332-0577
gfeldsherova@kflawny.com